IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00220-DME-8

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8. GREGORY TRAMMELL,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown, it is hereby ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Gregory Trammell, inmate number P83447, before a United States Magistrate Judge forthwith for proceedings and appearances upon the outstanding Federal warrant from charges in U.S. v. Miguel Angel Velasquez, case number 10-cr-00220-DME, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

    SO ORDERED this __24th__ day of __May__, 2010.

    *s/ David M. Ebel*
    U.S. CIRCUIT COURT JUDGE
    DISTRICT OF COLORADO