# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DAVID M. EBEL

| | |
|---|---|
| Courtroom Deputy: Kathleen Finney<br>Probation Officer: Caryl Ricca<br>Court Reporter: Tracy Weir | Date:  December 20, 2010 |

Criminal Action No.  10-cr-00220-DME

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | M.J. Menendez<br>Kasandra Carleton |
| Plaintiff, | |
| v. | |
| 8.  GREGORY TRAMMELL, | Peter Schild |
| Defendant. | |

_____

## ARRAIGNMENT AND CHANGE OF PLEA HEARING
_____

**10:02 a.m.**   **Court in session.**

Defendant present in custody.

**EXHIBITS:**   Court's Exhibit 1 - Plea Agreement.
Court's Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty.

**Defendant pled guilty to Count 1 of the Indictment.**

Defendant sworn.

Court reviews the Plea Agreement with defendant.

Court advises defendant of the maximum penalties.

Court explains defendant's right to a trial by jury and other constitutional rights.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDERED:**  Court's Exhibits 1 and 2 are received**.**

**ORDERED:**  Defendant's plea is accepted and defendant is adjudged guilty of **Count 1.**

**ORDERED**:  Defendant's plea agreement is accepted as modified and initialed by counsel and defendant.

**ORDERED:**  Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32.

**ORDERED:**  Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable, make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDERED:**  Jury trial set for March 7, 2011 and trial preparation conference set for February 4, 2011 are **VACATED**.

**ORDERED:**  Pending Motions [Doc. Nos. 198, 199, 200, 201, 202, 203, 204, 205, 206, 207] are **DENIED as moot**.

**ORDERED:**  Sentencing hearing is set for **APRIL 7, 2011 at 2:00 p.m.** in Courtroom 202C, 2nd Floor, Byron G. Rogers Courthouse.

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**10:38 a.m.    Court in recess.**

**HEARING CONCLUDED**.

Total in-court time: 00:36