IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00220-DME

UNITED STATES OF AMERICA,

       Plaintiff,

v.

8.  GREGORY TRAMMMELL,

       Defendant.

## MINUTE ORDER

ORDER ENTERED BY DAVID M. EBEL

    The Sentencing Hearing for Defendant Gregory Trammell is scheduled for <u>November 10, 2011 at 10:00 a.m.</u>

    DATED:  September 22, 2011